IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Phoebe Juel

        Plaintiff,

  v.

Apple, Inc.

        Defendant.

CASE NO. 5:12-CV-03124-LHK

(~~Proposed~~)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Patrick J. Perotti, whose business address and telephone number is

Dworken & Bernstein Co., L.P.A.
60 South Park Place
Painesville, OH  44077     Phone (440)352-3391

and who is an active member in good standing of the bar of Ohio (#0005481)

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, Phoebe Juel

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 20, 2012

*/s/ Lucy H. Koh*
United States District Judge