IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHOEBE JUEL

        Plaintiff,

v.

APPLE, INC.,

        Defendant.

CASE NO. 5:12-CV-03124-LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael R. Rudick, whose business address and telephone number is

DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place, Painesville, Ohio 44077
Tel: (440) 352-3391

and who is an active member in good standing of the bar of Ohio (Ohio Bar No. 0087800) having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Phoebe Juel

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 20, 2012

                                 *Lucy H. Koh*
                              Hon. Lucy H. Koh
                              United States District Judge