UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br>APPLE INC.,<br><br>                Defendant. | Case No.: 12-CV-02131-LHK<br>Related Case No.: 12-CV-03124-LHK<br><br>ORDER DENYING MOTION TO SHORTEN TIME<br><br>(re: dkt. #21) |
| PHOEBE JUEL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>   v.<br>APPLE INC.,<br><br>                Defendant. | |

A hearing on Apples' motion to consolidate the two above-captioned, related cases is set for November 8, 2012. Apple moves to shorten time for the hearing, arguing that such shortening is necessary to avoid duplicative motion practice and discovery in the two cases pending consolidation. ECF No. 21. However, on August 6, 2012, the Court granted Apple's motion to enlarge Apple's time to respond to the complaints in the two actions until 20 days after a consolidated complaint is filed or 20 days after any denial of Apple's motion to consolidate. *See* ECF No. 22. Accordingly, Apple's sole basis for moving to shorten time on its motion to

consolidate no longer exists.  The Court does not have any availability before November 8, 2012, and thus Apple's motion to shorten time is DENIED.

**IT IS SO ORDERED.**

Dated: August 29, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02131-LHK
Related Case No.: 12-CV-03124-LHK
ORDER DENYING MOTION TO SHORTEN TIME