# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated, | Case No: 12-CV-02131 LHK |
| Plaintiff | |
| VS. | **CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE TO DATE OF MOTION HEARING** |
| APPLE, INC., | |
| Defendant | |

| | |
|---|---|
| PHOEBE JUEL, an individual and on behalf of all others similarly situated, | AND RELATED CASE |
| Plaintiff | |
| VS. | 12-CV-03124 LHK |
| APPLE, INC., | |
| Defendants | |

THE ABOVE REFERENCED CASES HAVING BEEN FOUND TO BE RELATED:

PLEASE TAKE NOTICE that the Case Management Conference currently scheduled for Wednesday, September 5, 2012 is hereby **re-scheduled for Thursday, November 8, 2012 at 1:30 p.m.** to be heard at the time as the Motion to Consolidate is scheduled to be heard.  Case Management statements due Thursday, November 1, 2012.

Dated: August 30, 2012

For the Court,
RICHARD W. WEIKING, Clerk

/s/ Martha Parker Brown
By: _____
Martha Parker Brown
Courtroom Deputy Clerk