UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br>APPLE INC.,<br>　　　　　　Defendant. | Case No.: 12-CV-02131-LHK<br>Related Case No.: 12-CV-03124-LHK<br><br>**ORDER CONSOLIDATING CASES** |
| PHOEBE JUEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br>APPLE INC.,<br>　　　　　　Defendant. | |

Before the Court is Apple Inc.'s Motion to Consolidate the two above-captioned cases. *See* 12-CV-02131-LHK, ECF No. 19; 12-CV-03124-LHK, ECF No. 27. Plaintiff Herskowitz opposes this motion, 12-CV-02131-LHK, ECF No. 26, as does Plaintiff Juel, 12-CV-03124-LHK, ECF No. 31. Pursuant to Rule 42(a)(1) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may (1) join for hearing or trial any or all matters at issue in the actions; [or] (2) consolidate the actions . . . ."

The Court has reviewed Defendant's motion and the relevant filings in both cases and finds that these cases involve common questions of law and fact and that consolidation will promote judicial economy.  Specifically, the plaintiffs in both cases purport to represent nationwide classes of purchasers of iTunes songs who were allegedly charged more than once for the same song.  Accordingly, Defendant's Motion to Consolidate the two cases is GRANTED.  The case management conference set for November 8, 2012, at 1:30 p.m. remains as set.  The parties shall file a Joint Case Management Statement by noon on Wednesday, November 7, 2012.

**IT IS SO ORDERED.**

Dated: November 2, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-02131-LHK
Related Case No.: 12-CV-03124-LHK
ORDER CONSOLIDATING CASES