Patrick J. Perotti (*Pro Hac Vice*)
Michael R. Rudick, (*Pro Hac Vice*)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469

John A. Kithas (State Bar No. 64284)
Chris D. Land (State Bar No. 238261)
LAW OFFICES OF JOHN A. KITHAS
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: 415-788-8100
Facsimile: 415-788-8001

Attorneys for Plaintiff
PHOEBE JUEL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>APPLE INC.,<br>Defendant. | Case No. 12-CV-02131-LHK<br>Case No. 12-CV-03124-LHK |
| PHOEBE JUEL, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>APPLE INC.,<br>Defendant. | |

Plaintiff Phoebe Juel, through her undersigned counsel, seeks leave of Court for her lead

counsel, Patrick J. Perotti, to attend the Case Management Conference before the Honorable Judge

Lucy H. Koh, currently set for February 20, 2013 at 2:00 p.m. via telephone. The reasons underlying

Plaintiff's request are as follows:

1.      It would be unduly burdensome and costly for Plaintiff's lead counsel to travel from Painesville, Ohio to San Jose, California in order to attend the scheduled Case Management Conference.

2.      The telephonic appearance of Plaintiff's lead counsel will not prejudice any party and will not hamper the efficient running of the Case Management Conference.

3.       Therefore, Plaintiff respectfully requests leave to allow her counsel to appear at the February 20th Case Management Conference via telephone.


Dated: February 13, 2013

/s/ Michael R. Rudick

Patrick J. Perotti (*Pro Hac Vice*)
Michael R. Rudick, (*Pro Hac Vice*)
DWORKEN & BERNSTEIN CO., L.P.A.
60 South Park Place
Painesville, Ohio 44077
Telephone: (440) 352-3391
Facsimile: (440) 352-3469

John A. Kithas (State Bar No. 64284)
Chris D. Land (State Bar No. 238261)
LAW OFFICES OF JOHN A. KITHAS
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: 415-788-8100
Facsimile: 415-788-8001

Attorneys for Plaintiff
PHOEBE JUEL