| | |
|---|---|
| Joseph J. Tabacco, Jr., Esq. (SBN 75484)<br>jtabacco@bermandevalerio.com<br>Christopher T. Heffelfinger, Esq. (SBN 118058)<br>cheffelfinger@bermandevalerio.com<br>Anthony D. Phillips (SBN 259688)<br>aphillips@bermandevalerio.com<br>BERMAN DEVALERIO<br>One California Street, Suite 900<br>San Francisco, California  94111<br>Telephone:  415.433.3200<br>Facsimile:  415.433.6382<br><br>*Liaison Counsel for Plaintiffs* | PENELOPE A. PREOVOLOS (SBN 87607)<br>PPreovolos@mofo.com<br>TIFFANY CHEUNG (SBN 211497)<br>TCheung@mofo.com<br>SUZANNA P. BRICKMAN (SBN 250891)<br>SBrickman@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:   415.268.7000<br>Facsimile:    415.268.7522<br><br>*Attorneys for Defendant*<br>APPLE INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated,<br>                      Plaintiff,<br>    v.<br>APPLE INC.,<br>                      Defendant.<br><br>PHOEBE JUEL, individually and on behalf of all others similarly situated,<br>                      Plaintiff,<br>    v.<br>APPLE INC.,<br>                      Defendant. | Case No. 12-CV-02131-LHK<br>Case No. 12-CV-03124-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Hearing Date:  February 20, 2013<br>Time:               2:00 p.m.<br>Courtroom:    8, 4th Floor, San Jose<br>Hon. Lucy H. Koh |

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:12-cv-02131-LHK

sf-3250704

Plaintiff Robert Herskowitz and Phoebe Juel ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel submit this Joint Case Management Statement in advance of the February 20, 2013 Case Management Conference.

## I.   JOINT UPDATED PROCEDURAL HISTORY

On November 21, 2012, Plaintiffs filed their First Amended Consolidated Class Action Complaint. (Docket # 46.)

On December 11, 2012, Apple filed a Motion to Dismiss First Amended Consolidated Class Action Complaint (Docket # 47) and a Request For Judicial Notice (Docket # 48). The motions are scheduled to be heard on April 11, 2013 at 1:30 p.m.

## II.   STATUS OF DISCOVERY

The parties have exchanged initial disclosures. On December 11, 2012, Plaintiffs served on Apple their First Joint Request For The Production Of Documents (On Limited Issues) ("Plaintiffs' Limited Document Requests"). On January 24, 2013, Apple served its responses and objections.

On December 13, 2012, Apple served on Plaintiffs (1) Apple's First Set Of Requests For Production To Plaintiffs and (2) Apple's First Set Of Interrogatories To Plaintiffs. On January 24, 2013, Plaintiffs served their responses and objections.

The parties have agreed to produce responsive, non-privileged documents, subject to their written responses, upon the entry of an appropriate protective order, and the parties submit herewith for the Court's consideration a Proposed Stipulated Interim Protective Order (attached as Exhibit A), which the parties jointly request be entered by the Court.

### A.   Protective Order

The parties have negotiated and agreed upon most aspects of a Protective Order, but remain unable to reach agreement regarding the procedure governing the disclosure of Confidential or Highly Confidential information to experts. In order to expedite the production of confidential documents while the parties continue to negotiate the remaining provisions in dispute, the parties have agreed to jointly propose the interim Protective Order attached hereto as Exhibit A. After the parties have completed the meet and confer process regarding the remaining

disputed terms, the parties intend to jointly submit an Amended Protective Order that will supersede the interim Protective Order or submit their dispute to the Court for resolution. The parties submit herewith for the Court's consideration a Proposed Stipulated Interim Protective Order, which the parties jointly request be entered by the Court.

### III. SCHEDULING

The Court issued a Case Management Order, dated November 8, 2012 (Docket # 44), providing the following case schedule:

Last Day to File Class Certification Motion:  September 12, 2013

Fact Discovery Cutoff:  December 20, 2013

Expert Discovery

    Opening Reports:  January 8, 2014

    Rebuttal Reports:  January 22, 2014

    Cut-off:  February 7, 2014

Deadline for Filing Dispositive Motions:  February 20, 2014

Pretrial Conference Date:  May 14, 2014 at 1:30 p.m.

Trial Date:  June 2, 2014

Given the current status of discovery and the parties continuing meet and confer efforts, the parties jointly request that the Court continue the case management conference currently scheduled for February 20, 2013 until March 27, 2013.

Dated: February 13, 2013                      **BERMAN DEVALERIO**

                                               By: /s/ Anthony D. Phillips
                                                    Christopher T. Heffelfinger, Esq.
                                                    Joseph J. Tabacco, Jr., Esq.
                                                    jtabacco@bermandevalerio.com
                                                    Anthony D. Phillips
                                                    aphillips@bermandevalerio.com
                                                    One California St., Suite 900
                                                    San Francisco, California  94111
                                                    Telephone:  415.433.3200
                                                    Facsimile:  415.433.6382

                                                    *Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Dated: February 13, 2013 | MORRISON & FOERSTER LLP |
| | By: /s/ Tiffany Cheung<br>Penelope A. Preovolos, Esq.<br>PPreovolos@mofo.com<br>Tiffany Cheung, Esq.<br>TCheung@mofo.com<br>Suzanna P. Brickman, Esq.<br>SBrickman@mofo.com<br>San Francisco, California  94105<br>Telephone:  415.268.7000<br>Facsimile:  415.268.7522 |

### ECF ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and Password are being used to file this:

**JOINT CASE MANAGEMENT STATEMENT**

In compliance with Civil Local Rule 5.1, I hereby attest that Anthony Phillips concurred in this filing.

| | |
|---|---|
| Dated: February 13, 2013 | MORRISON & FOERSTER LLP |
| | By: /s/ Tiffany Cheung<br>Tiffany Cheung |