**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   ROBERT HERSKOWITZ, individually and on )    Case Nos.: 12-CV-02131-LHK
     behalf of all others similarly situated,        )              12-CV-03124-LHK
12                                               )
                     Plaintiff,                  )
13        v.                                     )    **ORDER CONTINUING CASE**
                                                 )    **MANAGEMENT CONFERENCE AND**
14   APPLE INC.,                                 )    **ENTERING STIPULATED INTERIM**
                                                 )    **PROTECTIVE ORDER**
15                   Defendant.                  )
                                                 )
16                                               )
     PHOEBE JUEL, individually and on behalf of all)
17   others similarly situated,                  )
                                                 )
18                   Plaintiff,                  )
          v.                                     )
19                                               )
     APPLE INC.,                                 )
20                                               )
                     Defendant.                  )
21                                               )

22        The case management conference currently scheduled for February 20, 2013, is hereby

23   continued to April 11, 2013.  In addition, the Court ENTERS the parties' Stipulated Interim

24   Protective Order, attached hereto as Exhibit A.

25   **IT IS SO ORDERED.**

26
     Dated:  February 18, 2013                   _____
27                                               LUCY H. KOH
                                                 United States District Judge
28