UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT HERSKOWITZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>APPLE INC.,<br><br>                Defendant.<br><br>PHOEBE JUEL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>APPLE INC.,<br><br>                Defendant. | Case Nos.: 12-CV-02131-LHK<br>             12-CV-03124-LHK<br><br>**MINUTE ORDER AND CASE MANAGEMENT ORDER** |

Clerk: Martha Parker Brown      Plaintiffs' Attorneys: Judd B. Grossman, Anthony Phillips,
Reporter: Lee-Anne Shortridge                                      Patrick J. Perotti
Length of hearing:                   Defendant Attorney: Penelope Athene Preovolos,
                                                                 Tiffany Cheung

     A case management conference was held on April 11, 2013. A further case management conference is set for August 14, 2013, at 2:00 p.m.

     By April 17, 2013, Plaintiffs will give comments to Defendants regarding the Protective Order. By April 22, 2013, the parties will file the final Protective Order or a joint status report.

     By May 15, 2013, the parties will file an ADR status report.

     The case schedule remains as set previously:

LAST DAY TO FILE CLASS CERTIFICATION MOTION is September 12, 2013.  The motion will be set for hearing no later than October 17, 2013, at 1:30 p.m.

FACT DISCOVERY CUTOFF is December 20, 2013.

EXPERT DISCOVERY:
    Opening Reports:  January 8, 2014
    Rebuttal Reports:  January 22, 2014
    Cut-off:  February 7, 2014

DISPOSITIVE MOTIONS shall be filed by February 20, 2014, and set for hearing no later than March 27, 2014, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is May 14, 2014, at 1:30 p.m.

TRIAL DATE is June 2, 2014, at 9 a.m. in Courtroom 8, 4th floor.  The Court will determine at a later date whether the trial will be by jury or the Court and the length of the trial.

**IT IS SO ORDERED.**

Dated: April 15, 2013

_____
LUCY H. KOH
United States District Judge

2

Case Nos.: 12-CV-02131-LHK; 12-CV-03124-LHK
CASE MANAGEMENT AND MINUTE ORDER